1 | MELINDA HAAG (CABN 132612)                                *E-Filed: June 29, 2015*
United States Attorney
2 | THOMAS MOORE (ALBN 4305-O78T)
Assistant United States Attorney
3 | Chief, Tax Division
4 |         450 Golden Gate Avenue, Box 36055
        San Francisco, California 94102-3495
5 |         Telephone: (415) 436-7017
        FAX: (415) 436-7009
6
7 | Attorneys for United States of America

8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA
10 | SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No. CV-15-2151 HRL |
|---|---|
| Petitioner, | ) CONSENT TO MAGISTRATE AND |
| v. | ) STIPULATION TO ENFORCEMENT OF |
|  | ) INTERNAL REVENUE SERVICE |
| DAN OLIA, | ) SUMMONS |
| Respondent. | ) |

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the United States of America, I, Dan Olia, hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

In addition, I, Dan Olia, hereby stipulate with Petitioner, the United States of America, through its undersigned counsel, that the Verified Petition To Enforce Internal Revenue Summons be granted and that I be ordered to appear before Revenue Officer Michael F. Nicolas, or any other designated agent, on August 21, 2015, at 9:00 a.m., at the Offices of the Internal Revenue Service located at 55 South Market Street, 7th Floor-Collection, San Jose, CA 95113-2324, and then and there give testimony relating to the matters described in the subject Internal Revenue Service summons, a copy of which is attached hereto as Exhibit A, and produce for the Revenue Officer's inspection and copying respondent's

Consent To Magistrate & Stip To Enforcement
Of IRS Summons (No. C-15-02151-HRL)            1

1  records also described in the subject Internal Revenue Service summons.

2  **IT IS SO STIPULATED.**

3                                                Respectfully Submitted,

4                                                MELINDA HAAG
   United States Attorney

_____/s/_____   _____/s/_____
DAN OLIA                             THOMAS MOORE
Respondent                           Assistant United States Attorney
                                     Chief, Tax Division

IT IS SO ORDERED.

Dated: June 29, 2015

_____
Hon. Howard R. Lloyd
United States Magistrate Judge

Consent To Magistrate & Stip To Enforcement
Of IRS Summons (No. C-15-02151-HRL)         2